AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED
AUG -8 2017
David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
**Andre C. Joseph**

YOB: 1965
COC: Trinidad and Tobago

**CRIMINAL COMPLAINT**

Case Number: M-17- 1390-M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about ____August 7, 2017____ in ____Hidalgo____ County, in the ____Southern____ District of ____Texas____ defendant(s) did,

being then and there an alien, who had been previously **deported/removed** from the United States in pursuance of law did therefore knowingly, willfully and in violation of law attempt to gain illegal entry into the United States, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a re-application by the defendant for admission into the United States,

in violation of Title ____8____ United States Code, Section(s) ____1326____
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant attempted to enter the United States illegally at the Pharr, Texas Port of Entry by declaring himself a United States citizen. He was referred into secondary for further inspection. Database queries revealed the defendant was not a United States citizen but rather a citizen of Trinidad and Tobago. Database queries revealed the defendant was previously convicted of bank robery and sentenced to 95 months confinement. He was removed to Trinidad and Tobago on 03/25/2015 from Houston, Texas. Records show no evidence exists of the defendant having obtained permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
**Nidia Trevino**
Printed Name of Complainant

**Approved By: R. Cantu**

**August 8, 2017**  10:37 am at  **McAllen, Texas**
Date  City and State
**Peter E. Ormsby**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer  Signature of Judicial Officer