United States District Court
Southern District of Texas
FILED

AUG 29 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-17-1308 |
| | § | |
| ANDRE CELESTIN JOSEPH | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about August 7, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ANDRE CELESTIN JOSEPH**

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully attempted to enter the United States at the Port of Entry at Pharr, Texas, said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

A TRUE BILL

_____
FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY